**Dismissed; Opinion Filed November 10, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00356-CR
No. 05-16-00357-CR
No. 05-16-00358-CR

**DERRICK JEREAU JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-50866-V, F15-00303-V & F15-00304-V**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Stoddart

The Court has before it appellant's October 24, 2016 motion to dismiss appeals 05-16-00356-CR and 05-16-00358-CR and his October 28, 2016 motion to dismiss appeal 05-16-00357-CR. Appellant's counsel has approved the motions, and appellant has signed them as well. The Court grants the motions and orders these appeals be dismissed and the decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
160356F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DERRICK JEREAU JONES, Appellant

No. 05-16-00356-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-50866-V.
Opinion delivered by Justice Stoddart,
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 10th day of November, 2016.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DERRICK JEREAU JONES, Appellant

No. 05-16-00357-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-00303-V.
Opinion delivered by Justice Stoddart,
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 10th day of November, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DERRICK JEREAU JONES, Appellant

No. 05-16-00358-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-00304-V.
Opinion delivered by Justice Stoddart, Justices Francis and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 10th day of November, 2016.